

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

In re: Jaime Ylasco Clavito, Debtor

Jaime Y. Clavito

           Appellant,

v.

U.S. Department of Veterans' Affairs

           Appellee.

Civil Action No.  18cv443-MMA(NLS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court affirms the Bankruptcy Court's February 16, 2018 order denying Appellant's motion for contempt and sanctions.

Date:  7/24/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman

           R. Chapman, Deputy